UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PROCCOR PHARMACEUTICALS, INC.,

　　Plaintiff,

v.

HAIDER CORPORATION d/b/a TWEAKER ENERGY COMPANY

　　Defendant.

Case No.

# COMPLAINT
## JURY TRIAL AND INJUNCTIVE RELIEF REQUESTED

PROCCOR PHARMACEUTICALS, INC., ('PROCCOR") sues the Defendant, HAIDER CORPORATION d/b/a TWEAKER ENERGY COMPANY ("TWEAKER ENERGY") and alleges:

1. PROCCOR is a Florida corporation with its principal place of business in Hillsborough County, Florida. PROCCOR is in the business of developing, manufacturing and marketing dietary supplements.

2. TWEAKER ENERGY is a Texas corporation that sells dietary supplements on-line throughout the United States, in brick and mortar stores, on its own website www.tweakerenergy.com, and via distributors both online and in stores throughout the United States.

1

3. PROCCOR sues the Defendant for direct and contributory trademark infringement and unfair competition.

4. This Court has subject matter jurisdiction over the federal trademark infringement and unfair competition claims pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §1338(a) and (b).

5. Venue is proper under 28 U.S.C. § 1391 and 28 U.S.C. §1400 because a part of the events or omissions at issue took place in this district.

6. PROCCOR has been selling dietary products in commerce throughout the United States including Hillsborough County, Florida branded with the name "FREEDOM POP" on product labeling since at least January 5, 2016.

7. PROCCOR has invested significant resources in marketing and advertising to increase consumer awareness of its brand and of its trademark in FREEDOM POP, including partnering with major brands/retailers who license the trademark from PROCCOR, as evidenced on Bodybuilding.com, Tigerfitness.com, MTS Nutrition, Controlled Labs, Raw Nutrition, CBUM, Hydrate Pro, LiqrAid, and many others. As a result of PROCCOR's marketing and advertising, consumers in the dietary products market view the FREEDOM POP trademark as distinctive and as identifying dietary products manufactured and sold by or affiliated with PROCCOR.

8. PROCCOR obtained a federal registration for its mark "FREEDOM

POP" which it has maintained on the principal trademark register since May 7, 2019. A copy of PROCCOR'S registration certificate is attached as <u>Exhibit 2</u>.

9. After PROCCOR began using the mark, FREEDOM POP, in commerce, TWEAKER ENERGY adopted and began using the mark "FREEDOM POP" at least as early as July 2023 on product labeling affixed to its dietary supplement products and in promotional material.

10. PROCCOR wrote to TWEAKER ENERGY on March 20, 2025 and demanded TWEAKER ENERGY immediately cease and desist its unauthorized and unlawful use of PROCCOR's federally registered mark, "FREEDOM POP", and that TWEAKER ENERGY provide PROCCOR with the date of its first sale of infringing product, its sales volume and copies of its sales records by March 30, 2025. A true and correct copy of PROCCOR's demand letter is attached as <u>Exhibit 1</u>.

11. TWEAKER ENERGY did not provide the requested information and on April 2, 2025 TWEAKER ENERGY replied through counsel that PROCCOR used its mark in a descriptive sense and not as a trademark. The attorney further stated that TWEAKER ENERGY would phase out its use of the FREEDOM POP mark within sixty (60) days. PROCCOR replied that it does not agree to a phase out period.

12. PROCCOR, on March 20, 2025, filed infringement complaints on

Amazon because TWEAKER ENERGY was selling its infringing products on Amazon. Amazon pulled the TWEAKER ENERGY listings for the sale of FREEDOM POP supplements immediately and recognized that TWEAKER ENERGY was selling products on Amazon with packaging and labeling that infringed PROCCOR's registered trademark, FREEDOM POP.

13. On April 16, 2025 PROCCOR received an email from a second attorney who stated that he represents TWEAKER ENERGY and would issue a response in weeks.

14. PROCCOR replied on April 17, 2025 that the response should identify the amount of infringer's profits.

15. On April 25, 2025 PROCCOR received a letter from the second TWEAKER ENERGY attorney stating that TWEAKER ENERGY was using FREEDOM POP as a descriptor. The attorney stated his client was going to use the name FREEDOM BLAST in the future rather than FREEDOM POP and refused to provide the sales information PROCCOR had demanded.

16. PROCCOR replied that it does not agree to the proposed use of the name FREEDOM BLAST as it is confusingly similar to FREEDOM POP.

17. TWEAKER ENERGY is continuing to sell dietary products in commerce bearing PROCCOR's FREEDOM POP mark and continues to use PROCCOR's FREEDOM POP mark in advertising. Attached as Exhibit 3-10 are

copies of pages from TWEAKER ENERGY'S website and of promotional material disseminated by TWEAKER ENERGY or TWEAKER ENERGY'S resellers with the knowledge and consent of TWEAKER ENERGY showing TWEAKER ENERGY'S unauthorized use of PROCCOR'S FREEDOM POP mark.

## COUNT I – TRADEMARK INFRINGEMENT (15 U.S.C. § 1114)

18. PROCCOR realleges and incorporates by reference the allegations in paragraphs 1-17 above as if fully stated herein.

19. The mark, "FREEDOM POP", U.S. Reg. No. 5745558 is a valid, protectable trademark.

20. PROCCOR owns the exclusive rights in the FREEDOM POP trademark U.S. Reg. No. 5745558 in the United States.

21. TWEAKER ENERGY's infringing use of the FREEDOM POP mark on the labeling of its dietary products and in TWEAKER ENERGY's advertising and promotional material, is without the consent of PROCCOR and is likely to cause confusion among ordinary consumers as to the source, sponsorship, affiliation, or approval of goods, in violation of 15 U.S.C. § 1114.

22. TWEAKER ENERGY has knowingly, deliberately, and willfully infringed PROCCOR's federally registered trademark, "FREEDOM POP."

23. TWEAKER ENERGY's knowing and intentional infringement makes this an exceptional case under 15 U.S.C. § 1117(a) and entitles PROCCOR to

attorneys' fees and costs.

24. PROCCOR is entitled to damages, treble damages, and attorney's fees as a result of TWEAKER ENERGY's bad-faith conduct, done with malice, oppression, and fraud.

25. As a result of TWEAKER ENERGY's infringement of PROCCOR's trademark, PROCCOR has suffered and will continue to suffer irreparable injury, including actual customer confusion, the inability to control the nature and quality of TWEAKER ENERGY's competing goods, and loss of goodwill and harm to its advertising efforts for which PROCCOR has no adequate remedy at law.

26. PROCCOR's remedies at law are inadequate, entitling PROCCOR to an injunction enjoining TWEAKER ENERGY's further infringement of the FREEDOM POP mark.

WHEREFORE, PROCCOR demands judgment in its favor and against TWEAKER ENERGY for money damages exceeding $75,000, including compensatory, treble damages, infringers profits, a reasonable royalty, injunctive relief, attorneys' fees and costs, and all other and further relief that this Court deems just. PROCCOR further demands a trial by jury on all issues so triable.

### COUNT II – COMMON LAW TRADEMARK INFRINGEMENT

27. PROCCOR realleges and incorporates by reference the allegations in paragraphs 1-17 above as if fully stated herein.

28. PROCCOR has common law trademark rights in the FREEDOM POP mark through its extensive use of the mark in commerce for dietary supplements prior to the use of FREEDOM POP by Defendant or any other person for dietary supplements.

29. Defendant, TWEAKER ENERGY, used PROCCOR's FREEDOM POP mark in commerce without the consent of PROCCOR.

30. TWEAKER ENERGY's use of PROCCOR's FREEDOM POP mark is likely to cause confusion, or to cause mistake or to deceive.

31. As a result of TWEAKER ENERGY's infringement of PROCCOR's trademark, PROCCOR has suffered and will continued to suffer irreparable injury, including actual customer confusion, the inability to control the nature and quality of TWEAKER ENERGY's competing goods, and loss of goodwill and harm to its advertising efforts for which PROCCOR has no adequate remedy at law.

32. PROCCOR's remedies at law are inadequate, entitling PROCCOR to an injunction enjoining TWEAKER ENERGY's further infringement of the FREEDOM POP mark.

WHEREFORE, PROCCOR demands judgment in its favor and against TWEAKER ENERGY for money damages exceeding $75,000, including compensatory, and punitive damages, infringers profits, a reasonable royalty, injunctive relief, costs, and all other and further relief that this Court deems just.

PROCCOR further demands a trial by jury on all issues so triable.

### COUNT III – COMMON LAW UNFAIR COMPETITION

33. PROCCOR realleges and incorporates by reference the allegations in paragraphs 1-32 above as if fully stated herein.

34. The allegations stated above also establish unfair competition.

35. As a direct and proximate result of TWEAKER ENERGY's wrongful and deceptive conduct as alleged above, PROCCOR has suffered damage, including lost profits.

36. Such acts, as alleged above, were done with malice, oppression, and fraud, entitling PROCCOR to punitive damages.

37. PROCCOR's remedies at law are inadequate, entitling PROCCOR to an injunction enjoining TWEAKER ENERGY's further infringement of the FREEDOM POP mark.

WHEREFORE, PROCCOR demands judgment in its favor and against TWEAKER ENERGY for money damages exceeding $75,000, including compensatory, treble and punitive damages, injunctive relief, attorneys' fees and costs, and all other and further relief that this Court deems just. PROCCOR further demands a trial by jury on all issues so triable.

### COUNT IV – CONTRIBUTORY TRADEMARK INFRINGEMENT

38. PROCCOR realleges and incorporates by reference the allegations in paragraphs 1-26 above as if fully stated herein.

39. TWEAKER has engaged in acts of contributory trademark infringement of PROCCOR's registered trademark, FREEDOM POP, in violation of 15 U.S.C. §1114(1).

40. TWEAKER ENERGY represented to its customers who are product resellers that TWEAKER ENERGY owned or was licensed to use the FREEDOM POP trademark. These customer/resellers include but are not limited to McLane, Core-Mark, H.T. Hackney, Grocery Supply Company, CD Harnett, Imperial Trading, 7-11, Tripifoods, Big South Distribution, Ryo Distribution, Sessions USA, Hoosier Wholesale, ACS International, A to Z Wholesale, 101 Distributors, Ravi's Import Warehouse, Restaurant and More, CBD Distributors Inc, Circle-K, GOVX, DGM Racing, Star Importers, and Roopers. TWEAKER ENERGY made this representation before those customers ordered TWEAKER ENERGY dietary products bearing the FREEDOM POP registered trademark. This representation was false in that the FREEDOM POP mark is owned exclusively by PROCCOR and has not been licensed to TWEAKER ENERGY by PROCCOR.

41. TWEAKER ENERGY supplied dietary products bearing PROCCOR's federally registered trademark, FREEDOM POP, to its customers, intending and knowing that those customers would resell those products bearing the FREEDOM

POP registered trademark on the product labels. TWEAKER ENERGY intentionally induced its customers to infringe PROCCOR's trademark rights in its FREEDOM POP trademark and acted with actual knowledge and encouragement of its customers' infringement. TWEAKER ENERGY supplied dietary products bearing the FREEDOM POP trademark on its labeling knowing that TWEAKER ENERGY's customers were reselling those products and infringing PROCCOR's trademark rights in the FREEDOM POP trademark.

42. TWEAKER ENERGY's customers' unauthorized use of the FREEDOM POP trademark and resale of products bearing the FREEDOM POP trademark is likely to cause confusion, mistake, or deception in violation of 15 U.S.C. §1114(1) with respect to the FREEDOM POP trademark.

43. As a result of TWEAKER ENERGY's contributory trademark infringement, PROCCOR has suffered damages including loss of profits, and TWEAKER ENERGY has made profits it would not have made but for its infringing conduct.

44. As a result of TWEAKER ENERGY's contributory infringement of PROCCOR's FREEDOM POP trademark, PROCCOR has suffered and will continued to suffer irreparable injury, including actual customer confusion, the inability to control the nature and quality of TWEAKER ENERGY's competing goods, and loss of goodwill and harm to its advertising efforts for which PROCCOR

has no adequate remedy at law. Unless TWEAKER ENERGY is restrained by this Court from continuing its violations, these injuries to PROCCOR will continue to occur.

45. PROCCOR's remedies at law are inadequate, entitling PROCCOR to an injunction enjoining TWEAKER ENERGY's further infringement of the FREEDOM POP mark.

WHEREFORE, PROCCOR demands judgment in its favor and against TWEAKER ENERGY for money damages exceeding $75,000, including compensatory, and treble, damages, injunctive relief, attorneys' fees and costs, and all other and further relief that this Court deems just. PROCCOR further demands a trial by jury on all issues so triable.

Dated: October 30, 2025

By: /s/ *G. Donovan Conwell, Jr.*
G. Donovan Conwell, Jr.
Florida Bar No.: 0371319
**CONWELL BUSINESS LAW, LLLP**
12610 Race Track Road, Suite 200
Tampa, FL 33626
Tel. (813) 282-8000
dconwell@conwellbusinesslaw.com
eservice@conwellbusinesslaw.com
*Counsel for Plaintiff*