# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

PROCCOR PHARMACEUTICALS, INC.,

     Plaintiff,

v.                                                                      Case No. 8:25-CV-02975-JLB-AEP

HAIDER CORPORATION d/b/a
TWEAKER ENERGY COMPANY,

     Defendant.

_____/

## NOTICE OF PENDENCY OF OTHER ACTION

     In accordance with Local Rule 1.07, I certify that the instant action:

**__X__ IS**         related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

               *Proccor Pharmaceuticals, Inc. v. World Health Products, LLC, et al.*, Case No. 8:22-cv-02227-SDM-SPF (M.D. Fla.) (Pending).

**_____ IS NOT**     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

     I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated:  April 21, 2026

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on April 21, 2026, I filed a true and accurate copy of the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:   G. Donovan Conwell, Jr. (dconwell@conwellbusinesslaw.com), Conwell Business Law LLLP, 12610 Race Track Road, Suite 200, Tampa, Florida 33626.

/s/ *Richard E. Fee*
Richard E. Fee
Florida Bar No. 813680
Kathleen M. Wade
Florida Bar No. 127965
FEE & JEFFRIES, P.A.
1227 N. Franklin Street
Tampa, Florida 33602
(813) 229-8008
(813) 229-0046 (Facsimile)
rfee@feejeffries.com
kwade@feejeffries.com
bszabo@feejeffries.com

*Lead Counsel for Defendant, Haider Corporation d/b/a Tweaker Energy Company*

2