UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PROCCOR PHARMACEUTICALS, INC.,

      Plaintiff,

v.                                                                 Case No. 8:25-cv-02975-JLB-AEP

HAIDER CORPORATION d/b/a
TWEAKER ENERGY COMPANY,

      Defendant.

_____/

## ORDER

This cause comes before the Court on Plaintiff's Motion to Strike Affirmative Defenses and Demand for Attorneys' Fees (Doc. 25) and Defendant's response (Doc. 27). The Court held a hearing on the motion on June 9, 2026 (Doc. 31). For the reasons stated on the record at the hearing, it is hereby

ORDERED:

1. Plaintiff's Motion to Strike Affirmative Defenses and Demand for Attorneys' Fees (Doc. 25) is GRANTED IN PART AND DENIED IN PART.

2. Defendant's First, Second, Sixth, Seventh, and Eighth Affirmative Defenses are construed as specific denials of the allegations of the Complaint.

3. Defendant's Fourth and Fifth Affirmative Defenses are stricken.

4. The remainder of the motion is denied as moot.

5.    Defendant is granted leave to amend the Answer and Affirmative Defenses by June 16, 2026.

DONE AND ORDERED in Tampa, Florida, on this 9th day of June 2026.

ANTHONY E. PORCELLI
United States Magistrate Judge

cc:    Counsel of Record

2